UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY L. SHIVERS, III, | ) | 1:06-cv-1587-AWI-TAG HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| GROVER TRASK, | ) | (Doc. 7) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 1, 2007, petitioner filed a motion to extend time to submit his application to proceed in forma pauperis, or pay the $5.00 filing fee. As grounds therefore, Petitioner alleges difficulties in having prison officials forward the appropriate paperwork for his application. (Doc. 7, p. 1).

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to submit his application to proceed in forma pauperis, or pay the $5.00 filing fee.

Failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated:   **February 28, 2007**           **/s/ Theresa A. Goldner**
**j6eb3d**                         UNITED STATES MAGISTRATE JUDGE