UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. SHIVERS, III., <br><br>  Petitioner, <br><br> v. <br><br> GROVER TRASK, District Attorney, <br><br>  Respondent. | 1:06-cv-01587 AWI-TAG (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (Doc. 11) <br><br> ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS <br> (Doc. 1) <br><br> ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 1, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for lack of exhaustion.  (Doc. 11).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen] days from the date of service of that order.  On April 21, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 12).  The objections state that Petitioner should be allowed to pursue his unexhausted claims, that he is in the process of exhausting claims, and that he has discovered errors

1

regarding his underlying conviction.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. In particular, Petitioner does not explain how the Magistrate Judge's conclusion (that no claims in Petitioner's petition have been exhausted) is incorrect. Dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 1, 2008 (Doc. 11), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 2, 2008**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE